UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLAND GRAHAM,<br><br>                    Plaintiff,<br><br>     -against-<br><br>ALINA MORAN, CEO OF METROPOLITAN HOSPITAL; MS. J. CHAVEZ, DIRECTOR OF MENTAL HEALTH RECORD; OQUENDO,<br><br>                    Defendants. | 21-CV-3973 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 5, 2021, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 5, 2021
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                        Chief United States District Judge